■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VARGAS, Appellant. [678 NYS2d 553] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of criminal possession of stolen property in the fourth degree (Penal Law § 165.45 [5]). By failing to move to withdraw the plea or to vacate the judgment of conviction, defendant failed to preserve

for our review his challenge to the voluntariness of the plea (*see,* CPL 470.05 [2]; *People v Lopez,* 71 NY2d 662, 665; *People v Pellegrino,* 60 NY2d 636, 637). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.